UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    Plaintiff,<br><br>v.<br><br>**JOHN DOE #1, et al.**<br>    Defendant. | Case No.: 3:22-cr-00213-MO |

### Criminal Case Assignment Order

**1.   Presiding Judge:** The above referenced case has been filed in the Portland Division of the U.S. District Court for the District of Oregon and assigned to:

> Presiding Judge . . . . . . . . . . . . . . . . . . . . . . Hon. Michael W. Mosman
> Presiding Judge's Suffix Code* . . . . . . . . . . . . . . . . . . . . . . . . . . . MO
>
> *These letters must follow the case number on all future filings.

**2.   Courtroom Deputy Clerk:** Questions about the status or scheduling of this case should be directed to:

>    Kara Scheele 503-326-8031
>    Email:  chambers_mosman@ord.uscourts.gov

**3.   Case Administrator/Docket Clerk:** Questions about filings or docket entries in this case should be directed to:

>    Telephone:  503-326-8050

**4.   Place of Filing:** Any paper filings must be submitted to the Clerk of Court, Mark O. Hatfield U.S. Courthouse, 1000 S.W. Third Ave., Portland, OR, 97204. (*See* LR 3-1, LR 5-5.)

**5.   District Court Website:** Information about local rules of practice, CM/ECF electronic filing requirements, responsibility to redact personal identifiers from filings, and other related information can be found on the Court's website at ord.uscourts.gov.

**DATED:  June 8, 2022**                              **MELISSA AUBIN**
                                                       **Clerk of Court**

                                         by:  /s/ P. Scheneman
                                              P. Scheneman, Deputy Clerk