**Noah Horst**, OSB No. 076089
Email: noah@lmhlega.com
Levi Merrithew Horst PC
610 SW Alder Street, Suite 415
Portland, Oregon 97205
Telephone: (971) 229-1241
Facsimile: (971) 544-7092

**Attorney for Defendant**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiffs, <br><br> vs. <br><br> **SYDNEY SLEIGHT, et al.**, <br><br> Defendant. | Case No.  3:22-cr-00213-MO-3 <br><br> **DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE** |

I, Noah Horst, state under penalty of perjury under the laws of the United States of America pursuant to 28 USC § 1746 that the following is true and correct:

1.    I represent defendant Sydney Sleight in the above captioned matter, having been appointed as counsel for the defendant on June 30, 2022.

2.    I make this declaration in support of Defendant's unopposed motion to continue trial dates in this matter.

3.    On August 9, 2022, Ms. Sleight was arraigned on a four-count indictment alleging Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances in violation 21 U.S.C. §§ 841(a)(1), 841 (b)(1)(C), 841(b)(2), and 846, Possession with Intent to Distribute

DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANT'S
UNOPPOSED MOTION TO CONTINUE TRIAL DATE - 1
(Case No. XXX)

**LEVI MERRITHEW HORST PC**
610 SW ALDER ST. SUITE 415
PORTLAND, OR 97205
T: 971.229.1241 | F: 971.544.7092

Schedule II Controlled Substances in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C), Possession with Intent to Distribute Schedule III Controlled Substances in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(E)(i), and Possession with Intent to Distribute Schedule IV Controlled Substances in violation of 21 U.S.C. § 841(a)(1) and 841(b)(2), as well as a forfeiture allegation. Ms. Sleight remains on pretrial release. Trial is currently scheduled for January 17, 2023.

4.	I am requesting the trial be continued 120 days, as I need more time to investigate and prepare my case. The first volume of discovery was received on August 9, 2022. My client's co-defendant has also requested the trial be continued 120 days.

5.	I have discussed the proposed continuance with Ms. Sleight, and she consents to the continuance and hereby waives her rights to a Speedy Trial as guaranteed by 18 U.S.C. § 3161(c)(1).

Scott Kerin, the Assistant United States Attorney assigned to this case, does not oppose this motion.

**DATED** this 3rd day of January, 2023.

By:  s/ Noah Horst
**Noah Horst**, OSB No. 076089
Attorney for Defendant

DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE - 2
(Case No. XXX)

LEVI MERRITHEW HORST PC
610 SW ALDER ST. SUITE 415
PORTLAND, OR 97205
T: 971.229.1241 | F: 971.544.7092