**Noah Horst**, OSB No. 076089
Email: noah@lmhlegal.com
Levi Merrithew Horst PC
610 SW Alder Street, Suite 415
Portland, Oregon 97205
Telephone: (971) 229-1241
Facsimile: (971) 544-7092

**Attorney for Defendant**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>    Plaintiff,<br><br>vs.<br><br>**SYDNEY SLEIGHT, et al.**,<br><br>    Defendant. | Case No.  3:22-cr-00213-MO-3<br><br>**DEFENDANT'S WAIVER OF SPEEDY TRIAL** |

Defendant Sydney Sleight, hereby gives notice that she knowingly, voluntarily, and expressly waives her rights pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B) for forty-five (45) days so that pretrial services may investigate her suitability for a proposed diversion agreement. Undersigned counsel has advised Ms. Sleight of her rights under the Speedy Trial Act, and Ms. Sleight agrees that this waiver results in excludable delay for the next forty-five (45) days under the Act.

**DATED** this 29th day of January, 2025.

By:    s/ Noah Horst
**Noah Horst**, OSB No. 076089
Attorney for Defendant

DEFENDANT'S WAIVER OF SPEEDY TRIAL - 1
(Case No. 3:22-cr-00213-MO-3)

Levi Merrithew Horst PC
610 SW Alder St. Suite 415
Portland, OR 97205
T: 971.229.1241 | F: 971.544.7092