**Noah Horst**, OSB No. 076089
Email: noah@lmhlegal.com
Levi Merrithew Horst PC
610 SW Alder Street, Suite 415
Portland, Oregon 97205
Telephone: (971) 229-1241
Facsimile: (971) 544-7092

**Attorney for Defendant**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>Plaintiff,<br><br>vs.<br><br>**SYDNEY SLEIGHT, et al.**,<br><br>Defendant. | Case No. 3:22-cr-00213-MO-3<br><br>**MOTION TO TERMINATE APPOINTMENT OF COUNSEL** |

Noah Horst, a member of the Criminal Justice Act panel of attorneys, was appointed pursuant to 18 U.S.C. § 3006A to represent Sydney Sleight in the above captioned matter on June 30, 2022. Counsel now moves the court for an order to terminate his appointment following the imposition of sentence on April 1, 2025, as the purposes of appointment have been accomplished.

**DATED** this 16th day of May, 2025.

By: s/ Noah Horst
**Noah Horst**, OSB No. 076089
Attorney for Defendant

MOTION TO TERMINATE APPOINTMENT OF COUNSEL - 1
(Case No. 3:22-cr-00213-MO-3)

LEVI MERRITHEW HORST PC
610 SW ALDER ST. SUITE 415
PORTLAND, OR 97205
T: 971.229.1241 | F: 971.544.7092